IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 93-cv-01137-WDM

MANUEL S. DePINEDA

    Plaintiff,

v.

SHERRY BUSTAD,

    Defendant.

## ORDER ON MOTION FOR DEFAULT

Miller, J.

    This matter is before me on the document entitled "Default to be Entered by the Court Clerk, Without a Jury, Pursuant to F.R.C.P. Rule 55(a)(b)(1)" (ECF No. 84). This case has been closed since October 6, 1997, when judgment was entered against Plaintiff and his complaint dismissed with prejudice. In this document, Plaintiff appears to request that a default judgment be entered in his favor on the grounds that Defendant Sherry Bustad never responded to an order to show cause, dated October 14, 1994, issued by Magistrate Judge O. Edward Schlatter why default should not enter. The Court's records show that the order to show cause was withdrawn on October 21, 1994 because the defendants had properly responded by filing motions to

dismiss and for summary judgment. The case has been fully litigated and resolved. Accordingly, Plaintiff's motion is denied.

DATED at Denver, Colorado, on October 19, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge